## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JULISA MOLINA-VAZQUEZ,

      Plaintiff,               Case No.: _____

v.

RADIUS GLOBAL SOLUTIONS LLC,

      Defendant.

_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, defendant, Radius Global Solutions, LLC ("RGS"), through undersigned counsel, hereby removes the above-captioned civil action from the County Court of the Ninth Judicial Circuit, in and for Osceola County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division. The removal of this civil case is proper because:

1.     RGS is a named defendant in this civil action filed by plaintiff, Julisa Molina-Vazquez, ("plaintiff"), in the County Court of the Ninth Judicial Circuit, in and for Osceola County, Florida, titled *Julisa Molina-Vazquez v. Radius Global Solutions, LLC,* Case No.: 2021 CC 004086 CL (hereinafter the "State Court Action").

2.      RGS removes this case on the basis of the Fair Debt Collection

Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, as plaintiff's Complaint claims

relief based on alleged practices in violation of federal law.

3.      Pursuant to 28 U.S.C. § 1446(b), RGS has timely filed this Notice of

Removal.  RGS was served with plaintiff's Complaint on February 17, 2022.  This

Notice of Removal is filed within 30 days of receipt of the Complaint by RGS.

4.      Attached hereto as **Exhibit A** and incorporated by reference as part of

the Notice of Removal are true and correct copies of the process and pleadings in

the State Court Action.  No further proceedings have taken place in the State Court

Action.

5.      A copy of this Notice of Removal is being served upon plaintiff and

filed concurrently with the Ninth Judicial Circuit, in and for Osceola County,

Florida.

WHEREFORE, defendant, Radius Global Solutions, LLC, hereby removes to

this Court the State Court Action.

Dated: March 2, 2022

Respectfully Submitted,

*/s/ Michael P. Schuette*
Michael P. Schuette, Esq.
Florida Bar No. 0106181
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, ISRAEL & SHARTLE, LLC

3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2472
Facsimile: (877) 334-0661
mschuette@sessions.legal
dvanhoose@sessions.legal
*Counsel for Defendant,*
*Radius Global Solutions, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of March 2022, a copy of the

foregoing was filed electronically in the CM/ECF system.  Notice of this filing will

be sent to the parties of record by operation of the Court's electronic filing system,

including plaintiff's counsel as described below.

Jibrael S. Hindi, Esq.
Thomas J. Patti, III, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com


*/s/ Michael P. Schuette*
Attorney