2021 CC 004086 CL - JULISA MOLINA VAZQUEZ vs. RADIUS GLOBAL SOLUTIONS LLC

## SUMMARY

| | | |
|---|---|---|
| **Judge:** | **Court Type:** | **Case Type:** |
| JANCEWICZ, STEFANIA C | COUNTY CIVIL | COUNTY CIVIL $8001-$15,000 |
| **Case Number:** | **Uniform Case Number:** | **Status:** |
| 2021 CC 004086 CL | 492021CC004086CLXXXX | OPEN |
| **Clerk File Date:** | **Status Date:** | **Waive Speedy Trial:** |
| 11/27/2021 | 11/27/2021 | |
| **Total Fees Due:** | **Custody Location:** | **Agency:** |
| 0.00 | | |
| **Agency Report Number:** | | **Foreclosure:** |

## PARTIES

| TYPE | PARTY NAME | ATTORNEY |
|---|---|---|
| PLAINTIFF | JULISA MOLINA VAZQUEZ | PATTI III, THOMAS JOHN (Main Attorney) |
| DEFENDANT | RADIUS GLOBAL SOLUTIONS LLC | |

## EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT |
|---|---|---|---|---|
| | | No Events on Case | | |

## OUTSTANDING AMOUNT

| COUNT | CODE | DESCRIPTION | ASSESSMENT | PAID | WAIVED | BALANCE | PAYMENT PLAN / JUDGMENT | DUE DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | .CM | COUNTY CIVIL CLAIMS >$2,500 <= $15,000 | $300.00 | $300.00 | $0.00 | $0.00 | | |
| 2 | .SUMCC | SUMMONS COUNTY CIVIL | $10.00 | $10.00 | $0.00 | $0.00 | | |
| 3 | .SUMCC | SUMMONS COUNTY CIVIL | $10.00 | $10.00 | $0.00 | $0.00 | | |

Total Outstanding: $0.00

## RECEIPTS

| DATE | RECEIPT # | APPLIED AMOUNT |
|---|---|---|
| 2/11/2022 | 2022013598 | $10.00 |
| 12/21/2021 | 2021112733 | $310.00 |

## CASE DOCKETS

| | DATE | ENTRY |
|---|---|---|
| Request | 2/16/2022 | SUMMONS ISSUED (EMAILED TO ATTY) |
| Request | 2/11/2022 | PAYMENT $10.00 RECEIPT #2022013598 |
| Request | 2/9/2022 | GENERAL CASE MANAGEMENT ORDER |
| Request | 2/9/2022 | SUMMONS TO BE ISSUED |
| Request | 12/21/2021 | PAYMENT $310.00 RECEIPT #2021112733 |
| Request | 12/6/2021 | DELIVERY / READ EMAIL CONFIRMATION TO ATTORNEY |
| | 11/27/2021 | CASE FILED 11/27/2021 CASE NUMBER 2021 CC 004086 CL |
| Request | 11/24/2021 | SUMMONS TO BE ISSUED |
| Request | 11/24/2021 | PLAINTIFFS FIRST SET OF REQUEST TO DEFENDANT |
| Request | 11/24/2021 | COMPLAINT |
| Request | 11/24/2021 | CIVIL COVER SHEET |