# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JULISA MOLINA-VAZQUEZ,

Plaintiff,                                              Case No.: 6:22-cv-00446-WWB-EJK

v.

RADIUS GLOBAL SOLUTIONS, LLC,

Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Radius Global Solutions, LLC, through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: May 6, 2022

        Respectfully submitted,

        */s/ Michael P. Schuette*
        Michael P. Schuette, Esq.
        Florida Bar No. 0106181
        Dayle M. Van Hoose, Esq.
        Florida Bar No. 0016277
        SESSIONS, ISRAEL & SHARTLE
        3350 Buschwood Park Drive, Suite 195
        Tampa, Florida 33618
        Telephone: (813) 890-2460

>Facsimile: (877) 334-0661
>mschuette@sessions.legal
>dvanhoose@sessions.legal
>*Counsel for Defendant,*
>*Radius Global Solutions, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 6th day of May 2022, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

>Jibrael S. Hindi, Esq.
>Thomas J. Patti, III, Esq.
>The Law Offices of Jibrael S. Hindi
>110 SE 6th Street, Suite 1744
>Fort Lauderdale, FL 33301
>jibrael@jibraellaw.com
>tom@jibraellaw.com

>*/s/ Michael P. Schuette*
>Attorney