# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JULISA MOLINA-VAZQUEZ,

    Plaintiff,

v.                                                          Case No. 6:22-cv-446-WWB-EJK

RADIUS GLOBAL SOLUTIONS, LLC,

    Defendant.

## **ORDER**

    The Court has been advised by Defendant's Notice of Pending Settlement that the above-styled action has been completely settled. (Doc. 16 at 1).

    Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

    **DONE AND ORDERED** at Orlando, Florida on May 9, 2022.

*[Signature]*

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record